|  |  |
|---|---|
| The Honorable: | PAMELA S. HOLLIS |
| Chapter 7 |  |
| Location: | Room 644 |
| Hearing Date: | 11/18/2010 |
| Hearing Time: | 10:30am |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:    MAGOON, STEPHANIE M.    §    Case No. 09-06478
§
Debtor(s)    §§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/18/2010 in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/15/2010    By:    /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
Shefsky & Froelich Ltd.
111East Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 527-4000

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| SHEFSKY & FROELICH, LTD | Chapter 7 | |
| 111 East Wacker Drive | Location: | Room 644 |
| SUITE 2800 | Hearing Date: | 11/18/2010 |
| CHICAGO, IL 60601 | Hearing Time: | 10:30 a.m. |
| (312) 527-4000 | Response Date: | |

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: MAGOON, STEPHANIE M.        § Case No. 09-06478
                                   §
                                   §
                                   §
Debtor(s)                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $      6,604.51

*and approved disbursements of*              $          6.71

*leaving a balance on hand of* [1]           $      6,597.80

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*

                           N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

|  |  | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 1,410.45 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 89,600.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | KEYBANK | $ 1,334.69 | $ 77.28 |
| 3 | DISCOVER BANK | $ 5,716.65 | $ 330.96 |
| 4 | CHASE BANK USA | $ 8,191.36 | $ 474.23 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 5,476.03 | $ 317.03 |
| 6 | PYOD LLC its successors and assigns as assignee of | $ 19,609.59 | $ 1,135.29 |
| 7 | PYOD LLC its successors and assigns as assignee of | $ 5,972.25 | $ 345.76 |
| 8 | Specialized Loan Servicing LLC, as Attorney-in-Fac | $ 43,299.45 | $ 2,506.80 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                              Allowed Amt. of Claim     Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/KAREN R. GOODMAN
                          Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dross                 Page 1 of 1                   Date Rcvd: Oct 18, 2010
Case: 09-06478                 Form ID: pdf006             Total Noticed: 21

The following entities were noticed by first class mail on Oct 20, 2010.
db           +Stephanie M. Magoon,    3830 N. Osceola,    Chicago, IL 60634-3308
aty          +James J Burns, JR,    Burns & Wincek,    53 West Jackson,    Suite 909,    Chicago, IL 60604-3837
tr           +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-4277
13580123     +3950 Condominium Association,    PO Box 66089,    Chicago, IL 60666-0089
13580124     +Britany Brouiellette,    3950 N. Lakeshore Drive,    Unit 1409,    Chicago, IL 60613-3466
14071386     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13580125      Chase,   Account Inquiries,    P.O. Box 15298,    Wilmington, DE 19850-5298
13580126      Citi Cards,    PO Box 688918,    Des Moines, IA 50368-8918
13580127     +Citimortgage Inc,    PO Box 829009,    Dallas,TX 75382-9009
13580129      GMAC,    Payment Processing Center,    PO Box 90011951,    Louisville, KY 40290-1951
13580130      Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
13580131      Indymac Bank,    PO Box 78826,    Phoenix, AZ 85062-8826
14036311     +KEYBANK,   c/o Weltman Weinberg & Reis Co LPA,    323 W Lakeside Ave, 2nd fl,
               Cleveland, OH 44113-1085
13580132      Keybank,    PO Box 94932,    Cleveland, OH 44101-4932
14083224     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13580133      Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
13580134      Specialized Loan Servicing LLC,    PO Box 105219,    Atlanta, GA 30348-5219
14384492     +Specialized Loan Servicing LLC, as Attorney-in-Fac,    8742 Lucent Blvd., Ste. 300,
               Highlands Ranch, CO 80129-2386
13978485     +gmac,   po box 130424,    roseville, mn 55113-0004

The following entities were noticed by electronic transmission on Oct 18, 2010.
14058573      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 19 2010 01:07:28      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13580128     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 19 2010 01:07:28      Discover Card,    PO Box 6103,
               Carol Stream, IL 60197-6103
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-4277
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2010**          **Signature:** _Joseph Speetjens_